IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILBERT SENADOR | : | CIVIL ACTION |
| | : | NO. 07-4144 |
| v. | : | |
| | : | |
| ZOBER INDUSTRIES, INC. | : | |
| | : | |

ORDER

AND NOW, this 28th day of April 2009, upon consideration of defendant Zober Industries, Inc.'s motion for summary judgment on plaintiff Wilbert Senador's claims (Doc. No. 22) and plaintiff's request for punitive damages (Doc. No. 24), plaintiff's response and defendant's reply thereto, and for the reasons set forth in the accompanying memorandum of law, it is ORDERED that defendant's motion for summary judgment on plaintiff's claims is DENIED with respect to plaintiff's claims that defendant discriminated against him by terminating him on the basis of his national origin and created a hostile work environment on the basis of his national origin under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and GRANTED with respect to plaintiff's discrimination claims based on denials of promotions and pay increases and on the basis of his race, his hostile work environment claim based on his race and his retaliation claim. Defendant's motion for summary judgment on plaintiff's claim for punitive damages is GRANTED.

                                                         /s/ THOMAS N. O'NEILL, JR.
                                                         THOMAS N. O'NEILL, JR., J.